IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAIME FRANCISCO BARRAZA,<br><br>　　　　　　Defendant. | 4:12MJ3075<br><br>**DETENTION ORDER** |

　　　　After affording the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending a status hearing.

　　　　Based on the information of record,, the court finds by clear and convincing evidence that defendant's release would pose a serious risk of harm to the community, and no condition or combination of conditions of release will sufficiently ameliorate that risk.

　　　　Specifically, the court finds:

　　　　The defendant's criminal record indicates a propensity to violate the law, and
　　　　a propensity to harm others.  The defendant waived the right to a detention
　　　　hearing.

<u>Directions Regarding Detention</u>

　　　　The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

　　　　October 30, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge